UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:  
    EDWARD H. INGLES  
    MEGAN E. SUMMERS-INGLES  
                              Debtors

CASE NO: 06-32718  
      (Chapter 13)

JUDGE LAWRENCE S. WALTER

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4010037**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 5 | CAR FINANCE CO, INC<br>BOX 1804<br>PIQUA, OH  45356 | 4.98 |

/s/ Jeffrey M. Kellner  
Jeffrey M. Kellner  0022205  
Chapter 13 Trustee  
131 N LUDLOW ST   SUITE 900  
DAYTON, OH  45402-1161  
(937)222-7600   Fax (937)222-7383  
email: chapter13@dayton13.com  

Dated: 4/14/2010

Certificate of Service          06-32718

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| EDWARD H. INGLES | MEGAN E. SUMMERS-INGLES | ANTHONY B PENNINGTON |
|---|---|---|
| 2118 SUMMERFORD ROAD | 118 SUMMERFORD ROAD | 1107 UPPER VALLEY PIKE |
| SOUTH CHARLESTON, OH  45368 | SOUTH CHARLESTON, OH  45368 | SPRINGFIELD, OH  45504 |

(5.1)
CAR FINANCE CO, INC
BOX 1804
PIQUA, OH  45356

Jeffrey M. Kellner BY           /s/ Jeffrey M. Kellner           cs